IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOSEPH L. WILDMAN, | ) | CIVIL NO. 16-00332 HG-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| MATTHEW WOLF; EMPIRE FIRE AND MARINE INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 18)

Findings and Recommendation having been filed and served on all parties on August 24, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion to Remand Case to First Circuit Court, State of Hawaii and for Attorney's Fees and Costs" (ECF No. 18) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 8, 2016, Honolulu, Hawaii

Helen Gillmor
United States District Judge

1